Alissa M. Mellem, BAR #13299
PARSONS BEHLE & LATIMER
127 E. Main Street, Suite 301
Missoula, MT  59802
Telephone:  (406) 317-7220
Email:  amellem@parsonsbehle.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CLEARVIEW HORIZON, INC.,<br><br>Defendant. | CAUSE NO. 9:22-cv-00076-DWM<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiff Kinsale Insurance Company ("Kinsale") and Defendant Clearview Horizon, Incorporated ("Clearview"), by and through their counsel of record, pursuant to FED. R. CIV. P. 41, hereby stipulate to the entry of an order dismissing the above-captioned action and dismissing Kinsale's Complaint for Declaratory Judgment, dated April 13, 2022, and all claims contained therein, with prejudice and on the merits, with each party to bear their own costs and fees.

Therefore, Kinsale and Clearview request that the Court issue an Order of Dismissal.

DATED this 12th day of August, 2022.

                STIPULATED AND AGREED TO BY:

                *Alissa M. Mellem*
                Alissa M. Mellem, Esq.
                PARSONS BEHLE & LATIMER
                127 E. Main, Suite 301
                Missoula, MT  59802
                *Attorneys for Plaintiff*

DATED this 12th day of August, 2022.

                STIPULATED AND AGREED TO BY:

                *J.R. Casillas*
                *signed with permission*
                J.R. Casillas, Esq.
                DATSOPOULOS, MACDONALD & LIND, P.C.
                201 West Main Street, Suite 201
                Missoula, Montana 59802
                *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of August, 2022, I electronically filed the within and foregoing instrument with the Clerk of the Court using the CM/ECF system, which caused the following parties and counsel to be severed by electronic means, as more fully reflected on the Notice of Electronic Filing:

>J.R. Casillas, Esq.
>DATSOPOULOS, MACDONALD & LIND, PC
>Attorneys for Defendant
>jrcasillas@DMLlaw.com

>*Alissa M. Mellem*
>Alissa M. Mellem, Esq.