IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, | CV 22–76–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| CLEARVIEW HORIZON, INC., | |
| Defendant. | |

IT IS ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice, each party to pay its own costs.

DATED this 16 day of August, 2022.

_____
Donald W. Molloy, District Judge
United States District Court

1